# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GARY MARSHALL, an individual with disabilities, by and through his next friend, TAMMY LEBERTE,** ) ) ) ) ) **Plaintiff,** ) ) v. ) ) **GARDENDALE PAIN AND WELLNESS, LLC,** ) ) ) ) **Defendant.** ) | Case No. 2:19-cv-01786-ACA |

## NOTICE OF SETTLEMENT

The Plaintiff, **Gary Marshall**, by and through his next friend, **Tammy Leberte**, and the Defendant, **Gardendale Pain and Wellness, LLC**, hereby give notice to the Court that they have resolved this disputed matter in its entirety and anticipate filing a joint stipulation of dismissal within twenty-one (21) days.

Respectfully submitted,

*/s/ Edward I. Zwilling* (with permission)
Edward I. Zwilling
Paul Hartmann Rand
Wayne Morse, Jr.
Attorneys for the Plaintiff,
Gary Marshall

1

**OF COUNSEL:**
LAW OFFICE OF EDWARD I. ZWILLING, LLC
4000 Eagle Point Corporate Dr.
Birmingham, AL 35242
edwardzwilling@zwillinglaw.com

ZARZAUR
2332 2nd Ave. N.
Birmingham, AL 35203
paul@zarzaur.com

WALDREP STEWART & KENDRICK, LLC
2323 2nd Ave. N.
Birmingham, AL 35203
morse@wskllc.com

/s/ *Paul F. Malek*
Paul F. Malek (asb-0656-a48p)
Jennifer Deveraux Segers (asb-4502-s75j)
William T. Thompson (asb-5600-q45q)
Attorneys for the Defendant,
Gardendale Pain and Wellness, LLC

**OF COUNSEL:**
HUIE FERNAMBUCQ & STEWART, LLP
3291 US Highway 280, Suite 200
Birmingham, AL 35223
Telephone: (205) 251-1193
Facsimile: (205) 251-1256
pmalek@huielaw.com
jsegers@huielaw.com
wthompson@huielaw.com