FILED
2021 Jan-29 PM 01:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**GARY MARSHALL,**

    **Plaintiff,**

**v.**    Case No.: 2:19-cv-1786-ACA

**GARDENDALE PAIN AND WELLNESS LLC,**

    **Defendant.**

## ORDER

Pursuant to the joint stipulation of dismissal filed by the parties (doc. 22), the court **DISMISSES** this action **WITH PREJUDICE**. Except as set forth in the settlement agreement, the parties shall bear their own fees and costs.

    **DONE** and **ORDERED** this January 29, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE